UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Robert Yernatich, | Case No. 11-cv-978-PAM-LIB |
| Plaintiff, | |
| | **ORDER FOR DISMISSAL** |
| v. | |
| St. Louis County; Deputy Robert Tarr, individually and in his official capacity; and Deputy Jason Akerson, individually and in his official capacity | |
| Defendants. | |

---

Pursuant to the stipulation [Doc. No. 14] of the parties hereto, IT IS HEREBY ORDERED that the above-entitled matter, including all claims, is dismissed with prejudice, without costs, disbursements or attorneys fees to any party.

Dated: October 18, 2011       s/Paul A. Magnuson
                              Judge Paul A. Magnuson
                              United States District Court